**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,    ) | |
| ) | **CR 12-262-TUC-DCB (LAB)** |
| Plaintiff,    ) | |
| ) | **ORDER** |
| vs.    ) | |
| ) | |
| Luis Francisco Sequeira,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

    This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendant's Motion to Suppress.

    Magistrate Judge Leslie Bowman conducted a hearing on August 27 and 31, 2012, and issued her Report and Recommendation on September 28, 2012. A copy was sent to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

    The Court, having made an independent review of the record, orders as follows:

    IT IS ORDERED that Magistrate Judge Bowman's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS ORDERED that the Defendant's Motion to Suppress is granted in part and denied in part.

IT IS FURTHER ORDERED evidence seized from the defendant's vehicle after the traffic stop on November 2, 2011 is not suppressed.

IT IS FURTHER ORDERED the three Western Union receipts, one envelope, and five pieces of paper seized during the inventory search on January 19, 2012 are hereby suppressed from the government's case in chief.

DATED this 29th day of October, 2012.

David C. Bury
United States District Judge